## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Roderick Daniel | } | **Case No: 15-04409-TOM13** |
| SSN: XXX-XX-1678 | } | |
| Terri Daniel | } | |
| SSN: XXX-XX-9442 | } | |
| DEBTOR(S). | } | |

### ORDER DISMISSING CASE

This matter came before the Court on Tuesday, March 22, 2016 11:30 AM, for a hearing on the following:

RE: Doc #38; Show Cause Why This Case Should Not Be Dismissed For Failure to Pay Filing Fees in the amount of $154.00

Proper notice of the hearing was given and appearances were made by the following:

D. Sims Crawford (Trustee)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the failure of the Debtor to pay the filing fees, this case is hereby Dismissed.

Dated: 03/23/2016

/s/ TAMARA O. MITCHELL

TAMARA O. MITCHELL

United States Bankruptcy Judge