<h1>CHAPTER 13 PLAN SUMMARY</h1>

**DEBTOR:** Roderick Daniel  **CASE NO.:** <u>15-04409-TOM-13</u>
**SSN:** xxx-xx-1678
**DEBTOR:** Terri Daniel  **NET MONTHLY EARNINGS:** $3,589.12
**SSN:** xxx-xx-9442  **NUMBER OF DEPENDENTS:** 0

I. Plan Payments:

   (__) Debtor(s) propose to make a periodic payments of $   weekly/biweekly/semi-monthly/monthly.

   ( X ) Payroll deduction Order: To:   EWTN
               in the amount of  $ **140.00**   <u>**Weekly.**</u>

   Length of plan, approx. 60 months, the total debt to be paid thought the plan is approx. <u>$17,900.00</u>

II. From the payments received, the Trustee shall make disbursements as follows:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| None | | | |

   B. Total Attorney fee: $2,700.00; $ 0.00 paid pre-petition; $600.00 to be paid @ confirmation and $ 100.00 per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total amount of debt | Amount of regular payment to be paid ( ) by Trustee (X) by Debtor | Regular payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Seterus, Inc | $76,000.00 | $605.00 | Dec 2015 | $5,000.00 | Through Nov 2015 | 5% | $150.00 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed payments | Fixed payment to Begin |
|---|---|---|---|---|---|---|---|---|
| PRA Receivables | $5.00 | $6,700.00 | $6,700.00 | 0 | 2006 Jeep Liberty | 5% | $140.00 | Upon Confirmation |
| Ford Motor | $10.00 | $1000.00 | $1500.00 | 0 | 2006 Ford Explorer | 5% | $50.00 | |
| World Omni | $5.00 | $1,756.16 | $1000.00 | 0 | 2005 Dodge Ram | 5% | $75.00 | Upon Conf. |

   III. Other Debts (not shown in 1 or 2 above) which Debtor(s) propose(s) to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral, Property or Debt | Reason for Direct Payment |
|---|---|---|---|---|
| U S Dept of Education | $34,741.63 | 0.00 | Student Loan | Deferment |

   IV. Special Provisions:

   ( ) This is an original plan.
   ( X ) This is an amended plan replacing plan dated <u>11/13/2015</u>.
   ( ) This plan proposes to pay unsecured creditors 100%.
   ( X ) Other provisions: **(1) Attorney fees for Debtor's Attorney shall be paid with monthly fixed payments pursuant to Administrative Order 11-1** (2) Debtor will continue to pay for all pre-petition and post-petition utility service debt in the ordinary course of business as adequate assurance of future payment under Title 11 U.S.C §366. Debtor(s) acknowledge and affirm that all stays provided for by the Bankruptcy Code are vacated insofar as they pertain to a delinquent debt owed for a utility service. (3) Debtor proposes Claim #3 filed by US Dept of Education is in deferment and will be paid outside the plan when the debt becomes due.

/s/Roderick Daniel /s/Terri Daniel
**Date: 03/31/2016**
**Debtor's Attorney**:   Ezra Jordan, III, 5415 Beacon Drive Ste 125 Irondale, AL 35210  (205) 327-5551