# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | |
| Roderick Daniel } | **Case No: 15-04409-TOM13** |
| SSN: XXX-XX-1678 } | |
| Terri Daniel } | |
| SSN: XXX-XX-9442 } | |
| DEBTOR(S). } | |

## ORDER GRANTING

This matter came before the Court on Tuesday, April 05, 2016 09:30 AM, for a hearing on the following:

RE: Doc #43; Debtors' Motion to Reinstate Case

Proper notice of the hearing was given and appearances were made by the following:

Ezra Jordan III, attorney for Debtor(s)
Mary Frances Fallaw, staff attorney for the Chapter 13 Trustee

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on arguments of counsel and the pleadings, the Motion is Granted and this case is hereby reinstated.

Further, the remaining balance of the filing fee shall be paid on or before April 8, 2016.

Further, the Clerk is directed to reschedule the Confirmation Hearing and any objections.

Dated: 04/07/2016 

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge